| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Frank S. Hedin (SBN 291289) <br> Hedin LLP <br> 535 Mission St 14th Floor <br> San Francisco CA, 94105 <br> (305) 357-2107 <br> fhedin@hedinllp.com <br> Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

Plaintiff: JENNIFER CARRUTH
Defendant: KD CREATIVES, INC.

| PROOF OF SERVICE SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number: 2:24-CV-02484 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS & COMPLAINT

3. a. Party served: KD CREATIVES, INC.
   b. Person served: JENNIFER LEE, AUTHORIZED TO ACCEPT SERVICE; Asian, Female, 37 Years Old, Brown Hair, Brown Eyes, 5 Feet 7 Inches

4. Address where the party was served: INCORPORATING SERVICES, LTD
   7801 FOLSOM BLVD
   SUITE 202
   SACRAMENTO, CA 95826

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Sep. 13, 2024 (2) at: 1:47PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: KD CREATIVES, INC.
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. DARIN FAIN
   b. GO NOW PROCESS SERVICES
   800 ARBOR ROAD
   #1
   MENLO PARK, CA 94025
   c. 650-294-0759

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was: $85.00
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2015-70
      (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Sat, Sep. 14, 2024

   (DARIN FAIN)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

go.479471