NOLAN HEIMANN LLP
Jordan Susman, Esq. (SBN 246116)
Margo Arnold (SBN 278288)
16000 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 574-5710
Fax: (818) 574-5689

Attorneys for Defendant
KD Creatives, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRUTH,<br><br>Plaintiff<br><br>vs.<br><br>KD CREATIVES, INC.,<br><br>Defendant. | Case No.: 2:24-CV-02484-DAD-SCR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 144)**<br><br>Complaint served: September 13, 2024<br>Current response date: October 4, 2024<br>New response date: November 1, 2024 |

| | |
|---|---|
| 1 | Plaintiff JENNIFER CARRUTH ("Plaintiff") and Defendant KD CREATIVES, |
| 2 | INC. ("Defendant"), by and through their undersigned attorneys, stipulate and agree as |
| 3 | follows: |
| 4 | WHEREAS, Plaintiff served Defendant on September 13, 2024, with the |
| 5 | Complaint ("Complaint") in the above-referenced action; |
| 6 | WHEREAS, Defendant's deadline to respond to this initial service is October 4, |
| 7 | 2024; |
| 8 | WHEREAS, the Parties agree that Defendant's time to respond to the Complaint |
| 9 | shall be extended to November 1, 2024; and |
| 10 | WHEREAS, this extension does not constitute an extension of more than 28 days |
| 11 | pursuant to Local Rule 144; |
| 12 | NOW THEREFORE, the Parties stipulate and agree as follows: |
| 13 | 1. The Complaint was served on **September 13, 2024**. |
| 14 | 2. The original deadline for Defendant to respond to the Complaint is **October 4,** |
| 15 | **2024**. |
| 16 | 3. Defendant shall have until **November 1, 2024,** to respond to the Complaint. |
| 17 | SO STIPULATED. |

Dated: October 1, 2024                                   NOLAN HEIMANN, LLP

                                                   By: /s/ Jordan Susman
                                                       Jordan Susman
                                                       Attorneys for Defendant
                                                       KD Creatives, Inc.

Dated: October 1, 2024                    HEDIN, LLP


                                          By: /s/ Frank S. Hedin
                                              Frank S. Hedin
                                              Attorneys for Plaintiff
                                              Jennifer Carruth