NOLAN HEIMANN LLP
Jordan Susman, Esq. (SBN 246116)
Margo Arnold (SBN 278288)
16000 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 574-5710
Fax: (818) 574-5689

Attorneys for Defendant
KD Creatives, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRUTH,<br><br>Plaintiff<br><br>vs.<br><br>KD CREATIVES, INC.,<br><br>Defendant. | Case No.: 2:24-CV-02484-DAD-SCR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: September 13, 2024<br>Current response date: November 1, 2024<br>New response date: November 15, 2024 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Plaintiff JENNIFER CARRUTH ("Plaintiff") and Defendant KD CREATIVES, INC. ("Defendant"), by and through their undersigned attorneys, stipulate and agree as follows:

WHEREAS, Plaintiff served Defendant on September 13, 2024, with the Complaint ("Complaint") in the above-referenced action;

WHEREAS, Defendant's original deadline to respond to this initial service was October 4, 2024;

WHEREAS, pursuant to Local Rule 144, the parties stipulated to a twenty-eight (28) day extension of time in order to investigate and discuss a potential settlement of the dispute, making Defendant's response due on November 1, 2021;

WHEREAS, the parties are actively investigating the allegations in the Complaint for purposes of settlement discussions;

WHEREAS, accordingly, respective counsel for the parties have agreed to extend Defendant's time to respond to the Complaint for 14 days, up to and including November 15, 2024, in order to continue with investigation and settlement discussions, with the goal of reaching a resolution without incurring potentially unnecessary litigation expense, nor wasting judicial resources;

Accordingly, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Without prejudice to any of the parties' rights or defenses, Defendant's time to respond to the Complaint in this action shall be extended for 14 days, until November 15, 2024.

SO STIPULATED.

Dated: October 22, 2024            NOLAN HEIMANN, LLP

By:   /s/ Jordan Susman
      Jordan Susman
      Attorneys for Defendant
      KD Creatives, Inc.

1
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Dated: October 22, 2024                    HEDIN, LLP


                              By: /s/ Frank S. Hedin (as authorized on Oct. 20, 2024)
                                  Frank S. Hedin
                                  Attorneys for Plaintiff
                                  Jennifer Carruth