# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

JENNIFER CARRUTH,

    Plaintiff

  vs.

KD CREATIVES, INC.,

    Defendant.

Case No.: 2:24-CV-02484-DAD-SCR

**[PROPOSED] ORDER**

ORDER

| | |
|---|---|
| 1 | Without prejudice to any of the parties' rights or defenses, Defendant KD |
| 2 | Creatives, Inc.'s time to respond to the Complaint in this action shall be extended for 14 |
| 3 | days, until November 15, 2024. |
| 4 | |
| 5 | Dated: _____ |
| | United States District Court Judge |