NOLAN HEIMANN LLP
Jordan Susman, Esq. (SBN 246116)
Margo Arnold (SBN 278288)
16000 Ventura Boulevard, Suite 1200
Encino, California 91436
Telephone: (818) 574-5710
Fax: (818) 574-5689

Attorneys for Defendant
KD Creatives, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRUTH,<br><br>　　　　Plaintiff<br><br>　vs.<br><br>KD CREATIVES, INC.,<br><br>　　　　Defendant. | Case No.: 2:24-CV-02484-DAD-SCR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: September 13, 2024<br>Current response date: November 15, 2024<br>New response date: December 6, 2024 |

Plaintiff JENNIFER CARRUTH ("Plaintiff") and Defendant KD CREATIVES, INC. ("Defendant"), by and through their undersigned attorneys, stipulate and agree as follows:

WHEREAS, Plaintiff served Defendant on September 13, 2024, with the Complaint ("Complaint") in the above-referenced action;

WHEREAS, Defendant's original deadline to respond to this initial service was October 4, 2024;

WHEREAS, pursuant to Local Rule 144, the parties stipulated to a twenty-eight (28) day extension of time in order to investigate and discuss a potential settlement of the dispute, making Defendant's response due on November 1, 2021;

WHEREAS, the parties stipulated to an additional fourteen (14) day extension of time in order to investigate and discuss a potential settlement of the dispute, making Defendant's response due on November 15, 2021;

WHEREAS, the parties continue to actively investigate the allegations in the Complaint for purposes of settlement discussions;

WHEREAS, accordingly, respective counsel for the parties have agreed to extend Defendant's time to respond to the Complaint for 21 days, up to and including December 6, 2024, in order to continue with investigation and settlement discussions, with the goal of reaching a resolution without incurring potentially unnecessary litigation expense, nor wasting judicial resources;

Accordingly, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Without prejudice to any of the parties' rights or defenses, Defendant's time to respond to the Complaint in this action shall be extended for 21 days, until December 6, 2024.

//

//

SO STIPULATED.

Dated: November 13, 2024                    NOLAN HEIMANN, LLP

                                            By:   /s/ Jordan Susman
                                                Jordan Susman
                                                Attorneys for Defendant
                                                KD Creatives, Inc.

Dated: November 13, 2024                          HEDIN, LLP

                              By: /s/ Frank S. Hedin (as authorized on November 13, 2024)
                                                Frank S. Hedin
                                                Attorneys for Plaintiff
                                                Jennifer Carruth