1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRUTH,<br><br>        Plaintiff<br><br>    vs.<br><br>KD CREATIVES, INC.,<br><br>        Defendant. | Case No.:  2:24-CV-02484-DAD-SCR<br><br>**[PROPOSED] ORDER** |

ORDER

Without prejudice to any of the parties' rights or defenses, Defendant KD Creatives, Inc.'s time to respond to the Complaint in this action shall be extended for 21 days, until December 6, 2024.

Dated: _____
_____
United States District Court Judge

ORDER