POLSINELLI LLP
Noel Cohen (SBN 219645)
ncohen@polsinelli.com
Starr Drum (SBN 336691)
sdrum@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:     (310) 556-1801
Facsimile:      (310) 556-1802

POLSINELLI PC
Shundra Manning (*pro hac vice* forthcoming)
scmanning@polsinelli.com
501 Commerce Street, Suite 1300
Nashville, TN 37203
Telephone:     (615) 259-1535
Facsimile:      (615) 658-9647

*Attorneys for Defendant KD Creatives, Inc. d/b/a Big Little Feelings*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER CARRUTH, individually and on behalf of all others similarly situated**,**<br><br>                    Plaintiff,<br><br>    v.<br><br>KD CREATIVES, INC. D/B/A BIG LITTLE FEELINGS,<br><br>                    Defendant. | Case No. 2:24-cv-02484<br><br>**DECLARATION OF LISA CARLL IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Filed Concurrently With:<br>(1) Notice Of Motion And Motion To Compel Arbitration; Memorandum Of Points And Authorities In Support Thereof<br><br>Date:       February 3, 2025<br>Time:       1:30 p.m.<br>Courtroom: 4<br>Judge:      Judge Dale A. Drozd |

1

DECLARATION OF LISA CARLL IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 2:24-CV-02484

**DECLARATION OF LISA CARLL**

I, Lisa Carll, declare as follows:

1. I am over the age of 18 and if called as a witness would testify as to the matters set forth in this Declaration.

2. I have been employed with KD Creatives, Inc. d/b/a Big Little Feelings ("BLF") since January 2022 and currently serve as its Director of Business Operations. I am familiar with BLF's corporate record system and have personal knowledge of BLF's business. I have access to and have reviewed business records reflecting certain information in this Declaration. The records on which my knowledge is based are kept in the ordinary course of BLF's regularly conducted business activities.

3. BLF offers courses to parents and caretakers about how to thrive during the toddler and preschooler years. BLF sells its courses through its website, www.biglittlefeelings.com.

4. BLFs' records reflect that on January 10, 2023, while logged into her Facebook account on a mobile device, Plaintiff Jennifer Carruth ("Plaintiff") clicked on an advertisement for BLF's courses.

5. After Plaintiff clicked on the Facebook advertisement, she was routed to BLF's website, where she then purchased a bundle of courses from BLF.

6. When she made her purchase, Plaintiff was presented with the below at the point of sale:

> **Checkout**
>
> By placing your order, you agree to our Terms of Service and Privacy Policy.

7. In the above capture, "Terms of Service" and "Privacy Policy" are hyperlinked to BLF's Terms of Service and Privacy Policy, respectively.

2
DECLARATION OF LISA CARLL IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 2:24-CV-02484

8. A true and correct copy of the Terms of Service that would have been in place when Plaintiff made her purchase are attached as **Exhibit 1.**

9. After placing her order on January 10, 2023, BLF sent Plaintiff an email with a receipt of her purchase. That email stated that Plaintiff would receive a separate email inviting her to set up an account in order to start her course. Plaintiff was then sent two emails from BLF that included the below content:

> Hey there -
>
> Thanks so much for purchasing Bundle by Big Little Feelings!
>
> Life with your kid is about to get so.much.easier. And happier. And peaceful-er. (That's a word, right?)
>
> You can login to the course at the link below.
>
> Login
>
> By logging in, you agree to our Terms of Service and Privacy Policy.
>
> If you have any questions, drop us a message at hello@biglittlefeelings.com
>
> All the best to you and your fam!
>
> Deena and Kristin
> Big Little Feelings

***

> Hi, friend!
>
> We've set up a new account for you on our site. Your username and temporary password are below.
>
> username:
> password:
>
> To login to the site, click the link below.
> Login
>
> By logging in, you agree to our Terms of Service and Privacy Policy.
>
> Kristin & Deena
> Big Little Feelings

10. I'm not aware of any means by which users can set up an account other than by clicking on the "Login" links within the emails sent by BLF.

11. BLF's records reflect that Plaintiff initially logged into her account on January 10, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2024.


LISA CARLL

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
(310) 556-1801

4
DECLARATION OF LISA CARLL IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 2:24-CV-02484