**POLSINELLI LLP**
Noel S. Cohen (SBN 219645)
ncohen@polsinelli.com
Starr Drum (SBN 336691)
sdrum@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    (310) 556-1801
Facsimile:    (310) 556-1802

**POLSINELLI PC**
Shundra Manning (*pro hac vice* forthcoming)
scmanning@polsinelli.com
501 Commerce Street, Suite 1300
Nashville, TN 37203
Telephone:    (615) 259-1535
Facsimile:    (615) 658-9647

*Attorneys for Defendant KD Creatives, Inc. d/b/a Big Little Feelings*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER CARRUTH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KD CREATIVES, INC. D/B/A BIG LITTLE FEELINGS,<br><br>Defendant. | **Case No. 2:24-cv-02484-DAD-SCR**<br><br>**CERTIFICATE OF SERVICE**<br><br><br>**Judge:** Dale A. Drozd<br><br>**Magistrate Judge:** Sean C. Riordan |

1
CERTIFICATE OF SERVICE

100375924.1

I am a citizen of the United States and resident of the State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2049 Century Park East, Suite 2900, Los Angeles, CA 90067. I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

On **December 6, 2024,** I served the foregoing document(s) described as:

**DEFENDANT KD CREATIVE, INC. D/B/A BIG LITTLE FEELINGS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**

**DECLARATION OF LISA CARLL IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION;**

☒ **BY ELECTRONIC SERVICE:** By electronically mailing true and correct copies through CM/ECF system electronic mail from jserena@polsinelli.com to all of the email addresses set forth in the CM/ECF Electronic Mail List.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☒ Executed on **December 6, 2024,** at Los Angeles, California.

_____
Jill A. Serena

CERTIFICATE OF SERVICE

2

100375924.1