POLSINELLI LLP
Noel Cohen (SBN 219645)
ncohen@polsinelli.com
Starr Drum (SBN 336691)
sdrum@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   (310) 556-1801
Facsimile:   (310) 556-1802

POLSINELLI PC
Shundra Manning (*pro hac vice* forthcoming)
scmanning@polsinelli.com
501 Commerce Street, Suite 1300
Nashville, TN 37203
Telephone:   (615) 259-1535
Facsimile:   (615) 658-9647

*Attorneys for Defendant KD Creatives, Inc. d/b/a Big Little Feelings*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRUTH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KD CREATIVES, INC. D/B/A BIG LITTLE FEELINGS,<br><br>Defendant. | Case No. 2:24-cv-02484-DAD-SCR<br><br>**DEFENDANT KD CREATIVE, INC. D/B/A BIG LITTLE FEELINGS' CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:   Judge Dale A. Drozd |

**TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant KD Creatives, Inc. d/b/a Big Little Feelings ("BLF"), through its undersigned counsel, hereby certifies that BLF does not have a parent corporation, and there is no publicly held corporation owning 10% or more of BLF's stock.

| | | |
|---|---|---|
| Dated: December 9, 2024 | | **POLSINELLI LLP** |
| | By | */s/ Starr Drum*<br>Noel Cohen<br>Starr Drum<br>Shundra Manning (*pro hac vice forthcoming*) |
| | | *Attorneys for Defendant KD Creatives, Inc. d/b/a Big Little Feelings* |

## PROOF OF SERVICE

I, Mariah Theis, declare as follows:

I am a citizen of the United States and resident of the State of Alabama. I am over the age of eighteen years and not a party to the within action. My business address is 2100 Southbridge Parkway, Suite 650, Birmingham, AL 35209. I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

On **December 9, 2024,** I served the foregoing document(s) described as:

**DEFENDANT KD CREATIVES INC. D/B/A BIG LITTLE FEELINGS' CORPORATE DISCLOSURE STATEMENT**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Frank S. Hedin<br>Hedin LLP<br>535 Mission Street, 14th Floor<br>San Francisco, CA 94105<br>Telephone: (305) 357-2107<br>Facsimile: (305) 200-8801<br>E-Mail: fhedin@hedinllp.com | **Attorney for Plaintiff and the Proposed Class** |

☒ **BY ELECTRONIC SERVICE:** By electronically mailing true and correct copies through CM/ECF system electronic mail to all of the email addresses set forth in the CM/ECF Electronic Mail List.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☒ Executed on **December 9, 2024,** at Birmingham, Alabama.

*/s/ Mariah Theis*
Mariah Theis