# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| Jennifer Carruth, individually and on behalf of all others similarly situated, ) <br> *Plaintiff* ) <br> v. ) <br> KD Creatives, Inc. d/b/a Big Little Feelings ) <br> *Defendant* ) | Case No. 2:24-cv-02484-DAD-SCR |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, KD Creatives, Inc. d/b/a Big Little Feelings.

Date: December 10, 2024

*/s/ Noel S. Cohen*
*Attorney's signature*

Noel S. Cohen (SBN 219645)
*Printed name and bar number*

Polsinelli, LLP
2049 Century Park East, Suite 2900, Los Angeles, CA 90067
*Address*

ncohen@polsinelli.com
*E-mail address*

(310) 556-1801
*Telephone number*

(310) 556-1802
*FAX number*