Frank S. Hedin (SBN 291289)
Hedin LLP
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone:      (305) 357-2107
Facsimile:       (305) 200-8801
E-Mail:           fhedin@hedinllp.com

*Attorney for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER CARRUTH, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>KD CREATIVES, INC. D/B/A BIG LITTLE FEELINGS,<br><br>　　　　　　Defendant. | Case No.    2:24−CV−02484−DAD−SCR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>**District Judge: Hon. Dale A. Drozd**<br>**Magistrate Judge: Sean C. Riordan**<br><br>Complaint filed:　　　　Sept. 12, 2024<br>Motion to Compel filed:　Dec. 6, 2024<br>Current Response date:　Dec. 20, 2024<br>New Response date:　　Jan. 8, 2025<br>Current Reply date:　　Dec. 27, 2024<br>New Reply date:　　　　Jan. 17, 2025 |

Plaintiff JENNIFER CARRUTH ("Plaintiff") and Defendant KD CREATIVES, INC. ("Defendant"), by and through their undersigned attorneys, stipulate and agree as follows:

WHEREAS, Defendant moved to compel arbitration on December 6, 2024.

WHEREAS, Plaintiff's current deadline to respond to Defendant's motion is December 20, 2024.

WHEREAS, given the press of other matters and previously scheduled holiday travel, Plaintiff has asked Defendant to stipulate to additional time to oppose the motion to compel arbitration.

WHEREAS, pursuant to Local Rule 144, the parties now stipulate to a brief extension of time, making Plaintiff's response due on January 8, 2025 and Defendant's reply due on January 17, 2025.

Accordingly, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Without prejudice to any of the Parties' rights or defenses, Plaintiff's time to oppose Defendant's Motion to Compel Arbitration in this action shall be extended until January 8, 2025. Defendant's deadline to reply to Plaintiff's opposition is extended until January 17, 2025.

SO STIPULATED.

Dated: December 18, 2024                    Respectfully submitted,


/s/ Frank S. Hedin

**HEDIN LLP**
FRANK S. HEDIN
*Counsel for Plaintiff and Putative Class*


Dated: December 18, 2024                    **POLSINELLI LLP**

/s/      Noel S. Cohen
Noel Cohen

Starr Drum
Shundra Manning (pro hac vice forthcoming)
*Attorney for Defendant KD Creatives, Inc. d/b/a/ Big Little Feelings*