Frank S. Hedin (SBN 291289)
Hedin LLP
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone:  (305) 357-2107
Facsimile:   (305) 200-8801
E-Mail:       fhedin@hedinllp.com

*Attorney for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER CARRUTH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> KD CREATIVES, INC. D/B/A BIG LITTLE FEELINGS, <br><br> Defendant. | Case No. 2:24−CV−02484−DAD−SCR <br><br> **PLAINTIFF'S DECLARATION IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION** <br><br> Complaint filed: Sept. 12, 2024 <br> Hearing: February 3, 2025 <br> Time: 1:30 p.m. <br> Courtroom: 4 <br> District Judge: Hon. Dale A. Drozd |

I, Jennifer Carruth, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am the named Plaintiff in this action. I make this Declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration.

2. On January 10, 2023, I used my mobile device to purchase the Big Little Feelings Bundle which consisted of two courses: Winning the Toddler Stage and Potty Training Made Simple.

3. I received an order confirmation email at 5:44 AM PST, a true and accurate copy is attached hereto as **Exhibit 1**.

4. I also received a separate email to set up my Big Little Feelings account with a temporary password, a true and accurate copy is attached hereto as **Exhibit 2**.

5. Lastly, I received an email instructing me to log into my Big Little Feelings account by clicking the "Login" button, a true and accurate copy is attached hereto as **Exhibit 3**.

I declare, under penalty of perjury, pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of January 2025 in San Diego, California.

                                                Jennifer Carruth (Jan 8, 2025 16:44 PST)
                                                Jennifer Carruth

PLAINTIFF'S DECLARATION IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

EXHIBIT 1

**From:** Jennifer Carruth carruth.jenn@gmail.com
**Subject:** Fwd: Thank you! This is your order confirmation email. ✨
**Date:** November 29, 2024 at 1:43 PM
**To:** Elliot Jackson ejackson@hedinllp.com

Jennifer Carruth

Sent from my iPhone
~Please excuse brevity and typos.

Begin forwarded message:

**From:** Big Little Feelings <hello@biglittlefeelings.com>
**Date:** January 10, 2023 at 5:44:08 AM PST
**To:** Jennifer <carruth.jenn@gmail.com>
**Subject: Thank you! This is your order confirmation email. ✨**



**Order ID:** #16733582399716
**Receipt Date:** 01/10/2023

You'll get a separate email inviting you to set up an account so that you can start the course :)

**Customer**
Jennifer Carruth
carruth.jenn@gmail.com

**Course:** Bundle: Winning the Toddler Stage & Potty Training Made Simple
-------------------------------------
**Total $123 (USD)**

No longer want to receive these emails? Unsubscribe.
Big Little Feelings 1312 17th Street #1258 Denver, CO 80202

EXHIBIT 2

Case 2:24-cv-02484-DAD-SCR Document 16-1 Filed 01/08/25 Page 6 of 9

**From:** Jennifer Carruth carruth.jenn@gmail.com
**Subject:** Fwd: Your New Big Little Feelings Account
**Date:** November 29, 2024 at 1:41 PM
**To:** Elliot Jackson ejackson@hedinllp.com

Jennifer Carruth

Sent from my iPhone
~Please excuse brevity and typos.

Begin forwarded message:

> **From:** Big Little Feelings <biglittlefeelings@t.kajabimail.com>
> **Date:** January 10, 2023 at 5:44:03 AM PST
> **To:** carruth.jenn@gmail.com
> **Subject: Your New Big Little Feelings Account**
> **Reply-To:** hello@biglittlefeelings.com
>
> Hi, friend!
>
> We've set up a new account for you on our site. Your username and temporary password are below.
>
> username: carruth.jenn@gmail.com
> password: ]iK36tQbFG
>
> To login to the site, click the link below.
> Login
>
> Kristin & Deena
> Big Little Feelings
>
> Update notification settings

EXHIBIT 3

**From:** Jennifer Carruth carruth.jenn@gmail.com
**Subject:** Fwd: Yaaaaaas! You're in!
**Date:** November 29, 2024 at 1:47 PM
**To:** Elliot Jackson ejackson@hedinllp.com



Jennifer Carruth

Sent from my iPhone
~Please excuse brevity and typos.

Begin forwarded message:

> **From:** Big Little Feelings <biglittlefeelings@a.kajabimail.net>
> **Date:** January 10, 2023 at 5:44:03 AM PST
> **To:** carruth.jenn@gmail.com
> **Subject: Yaaaaaas! You're in!**
> **Reply-To:** hello@biglittlefeelings.com
>
> Hey there -
>
> Thanks so much for purchasing Bundle by Big Little Feelings!
>
> Life with your kid is about to get so.much.easier. And happier. And peaceful-er. (That's a word, right?)
>
> You can login to the course at the link below.
>
> [Login]
>
> If you have any questions, drop us a message at hello@biglittlefeelings.com
>
> All the best to you and your fam!
>
> Deena and Kristin
> Big Little Feelings
>
> Update notification settings