1 | Frank S. Hedin (SBN 291289)
  | Hedin LLP
2 | 535 Mission Street, 14th Floor
  | San Francisco, CA 94105
3 | Telephone: (305) 357-2107
  | Facsimile: (305) 200-8801
4 | E-Mail: fhedin@hedinllp.com

5 | *Attorney for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRUTH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KD CREATIVES, INC. D/B/A BIG LITTLE FEELINGS,<br><br>Defendant. | Case No. 2:24−CV−02484−DAD−SCR<br><br>**FRANK HEDIN DECLARATION IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**<br><br>Complaint filed: Sept. 12, 2024<br>Hearing: February 3, 2025<br>Time: 1:30 p.m.<br>Courtroom: 4<br>District Judge: Hon. Dale A. Drozd |

I, Frank S. Hedin, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and based on my own personal knowledge, that the following statements are true:

1. I am a member in good standing of the California Bar and of this Court. I make this Declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot, taken by me on a mobile device, of the main page for Defendant's website as it appeared when I accessed it on the mobile device.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot, taken by me on a mobile device, of the checkout screen that loaded when I added an item to my shopping cart on Defendant's website using the mobile device. As shown in the screenshot, nothing below the "Checkout" button is displayed on the screen of the mobile device when the checkout screen loaded.

4. In order for any content below the "Checkout" button on this checkout screen to become visible on the mobile device, I was required to scroll down on this screen past the button, as shown in a screenshot of the checkout screen taken by me after I scrolled down on the screen past the button, a true and correct copy of which is attached as **Exhibit 3**.

I declare, under penalty of perjury, pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of January 2025 in Miami, Florida.

*/s/ Frank S. Hedin*
Frank S. Hedin

FRANK HEDIN DECLARATION IN SUPPORT OF MEMORANDUM OF LAW IN
OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION