# EXHIBIT 1







**REVIEWS   COURSES   FAQ**

Science-backed strategies that REALLY work. Tips you can start using RIGHT NOW. Created by two busy moms that *really* get it, we're here to solve allllll the problems that come your way during the toddler and preschooler years.

**JOIN OVER 400,000 FAMILIES**



## Winning the Toddler Stage
(Ages 1-6)



biglittlefeelings.com


















