POLSINELLI LLP
Noel Cohen (SBN 219645)
ncohen@polsinelli.com
Starr Drum (SBN 336691)
sdrum@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:    (310) 556-1801
Facsimile:    (310) 556-1802

POLSINELLI PC
Shundra Manning (*pro hac vice* forthcoming)
scmanning@polsinelli.com
501 Commerce Street, Suite 1300
Nashville, TN 37203
Telephone:    (615) 259-1535
Facsimile:    (615) 658-9647

*Attorneys for Defendant KD Creatives, Inc. d/b/a Big Little Feelings*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNIFER CARRUTH, individually and on behalf of all others similarly situated**,**<br><br>                                Plaintiff,<br><br>       v.<br><br>KD CREATIVES, INC. D/B/A BIG LITTLE FEELINGS,<br><br>                                Defendant. | Case No. 2:24-cv-02484<br><br>**DECLARATION OF STARR DRUM IN SUPPORT OF DEFENDANT'S REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL ARBITRATION**<br><br>[FILED CONCURRENTLY WITH (1) REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND (2) OBJECTIONS TO EVIDENCE]<br><br>Date:      February 3, 2025<br>Time:      1:30 p.m.<br>Courtroom: 4<br>Judge:     Judge Dale A. Drozd |

1

**DECLARATION OF STARR DRUM**

I, Starr Drum, declare as follows:

1. I am over the age of 18 and if called as a witness would testify as to the matters set forth in this Declaration. I am a member in good standing of the California Bar and of this Court. I am employed as a Shareholder with the firm Polsinelli LLP, and I have been retained by KD Creatives, Inc. d/b/a Big Little Feelings ("BLF") to represent it in this matter. I have personal knowledge of the following facts and would testify to their truthfulness if called as a witness.

2. I have reviewed Mr. Hedin's declaration and submit this declaration in response.

3. Below is a true and correct copy of a screenshot taken by me on January 10, 2025, at 10:48 a.m. CST on my personal iPhone of the checkout screen on BLF's website:



2

DECLARATION OF STARR DRUM IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 2:24-CV-02484

4. I did not have to scroll down on this screen to see the phrase below the "Checkout" button reading "By placing your order, you agree to our <u>Terms of Service</u> and <u>Privacy Policy</u>."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 17, 2025.

>    */s/ Starr Drum*
>    STARR DRUM

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
(310) 556-1801

3
DECLARATION OF STARR DRUM IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 2:24-CV-02484