**POLSINELLI LLP**
Noel S. Cohen (SBN 219645)
ncohen@polsinelli.com
Starr Drum (SBN 336691)
sdrum@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   (310) 556-1801
Facsimile:    (310) 556-1802

**POLSINELLI PC**
Shundra Manning (*pro hac vice* forthcoming)
scmanning@polsinelli.com
501 Commerce Street, Suite 1300
Nashville, TN 37203
Telephone:   (615) 259-1535
Facsimile:    (615) 658-9647

*Attorneys for Defendant KD Creatives, Inc. d/b/a Big Little Feelings*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRUTH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KD CREATIVES, INC. D/B/A BIG LITTLE FEELINGS,<br><br>Defendant. | **Case No. 2:24-cv-02484-DAD-SCR**<br><br>EVIDENTIARY OBJECTIONS TO THE DECLARATION FILED IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION<br><br>[FILED CONCURRENTLY WITH (1) REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND (2) DECLARATION OF STARR DRUM]<br><br>Date:   February 3, 2025<br>Time:   1:30 p.m.<br>Before: Hon. Dale A. Drozd |

Defendant KD Creatives, Inc. d/b/a Big Little Feelings ("BLF") hereby objects to the following portions of the Declaration of Frank S. Hedin:

BLF generally objects to the Declaration of Mr. Hedin pursuant to Fed. R. Evid. 401 and 1002. Mr. Hedin is counsel for Plaintiffs. He is not a class member. Moreover, his observations of BLF's website on a mobile device in 2025 are irrelevant and have no bearing on what *Plaintiff*, the actual putative class representative, saw during *the actual class period* on the BLF website upon checkout. Mr. Hedin's observations are also inconsistent with what appears on mobile devices generally, so he may have (perhaps inadvertently) altered his screen before making these observations. More specifically, BLF objects to his declaration as follows:

| Material Objected to: | Ground(s) for Objection: | Ruling on Objection: |
|---|---|---|
| 2. Attached hereto as **Exhibit 1** is a true and correct copy of a screenshot, taken by me on a mobile device, of the main page for Defendant's website as it appeared when I accessed it on the mobile device. | Irrelevant (*Fed. Rule Evid.* 401) Best Evidence Rule (*Fed. Rule Evid.* 1002) | Sustained: _____ Overruled: _____ |
| 3. Attached hereto as **Exhibit 2** is a true and correct copy of a screenshot, taken by me on a mobile device, of the checkout screen that loaded when I added an item to my shopping cart on Defendant's website using the mobile device. As shown in the screenshot, nothing below the "Checkout" button is displayed on the screen of the mobile device when the checkout screen loaded. | Irrelevant (*Fed. Rule Evid.* 401) Best Evidence Rule (*Fed. Rule Evid.* 1002) | Sustained: _____ Overruled: _____ |

| Material Objected to: | Ground(s) for Objection: | Ruling on Objection: |
|---|---|---|
| 4. In order for any content below the "Checkout" button on this checkout screen to become visible on the mobile device, I was required to scroll down on this screen past the button, as shown in a screenshot of the checkout screen taken by me after I scrolled down on the screen past the button, a true and correct copy of which is attached as **Exhibit 3.** | Irrelevant (*Fed. Rule Evid.* 401)<br><br>Best Evidence Rule (*Fed. Rule Evid.* 1002) | Sustained: \_\_\_\_\_<br><br>Overruled: \_\_\_\_\_ |

Dated: January 17, 2025                                **POLSINELLI LLP**

                                                           */s/ Starr Drum*
                                              By   Noel Cohen
                                                      Starr Drum
                                                      Shundra Manning (*pro hac vice* forthcoming)

                                                      *Attorneys for Defendant KD Creatives, Inc. d/b/a Big Little Feelings*

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA  90067
(310) 556-1801