# PROOF OF SERVICE

I, S. Camille Murray, declare as follows:

I am a citizen of the United States and resident of the State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2049 Century Park East, Suite 2900, Los Angeles, CA 90067. I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

On **January 17, 2025,** I served the foregoing document(s) described as:

**DEFENDANT KD CREATIVES INC. D/B/A BIG LITTLE FEELINGS' REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

**DECLARATION OF STARR DRUM IN SUPPORT OF DEFENDANT'S REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL ARBITRATION**

**EVIDENTIARY OBJECTIONS TO THE DECLARATION FILED IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Frank S. Hedin<br>Hedin LLP<br>535 Mission Street, 14th Floor<br>San Francisco, CA 94105<br>Telephone: (305) 357-2107<br>Facsimile: (305) 200-8801<br>E-Mail: fhedin@hedinllp.com | **Attorney for Plaintiff and the Proposed Class** |

☒ **BY ELECTRONIC SERVICE:** By electronically mailing true and correct copies through CM/ECF system electronic mail from cmurray@polsinelli.com to all of the email addresses set forth in the CM/ECF Electronic Mail List.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☒ Executed on **January 17, 2025,** at Los Angeles, California.

*S. Camille Murray*
S. Camille Murray