Frank S. Hedin (SBN 291289)
Hedin LLP
535 Mission Street, 14th Floor
San Francisco, CA 94105
Telephone: (305) 357-2107
Facsimile: (305) 200-8801
E-Mail: fhedin@hedinllp.com

*Attorney for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRUTH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>KD CREATIVES, INC. D/B/A BIG LITTLE FEELINGS,<br><br>Defendant. | Case No. 2:24−CV−02484−DAD−SCR<br><br>**JOINT STATUS REPORT**<br><br>**District Judge: Hon. Dale A. Drozd**<br><br>**Magistrate Judge: Sean C. Riordan**<br><br>Complaint filed: Sept. 12, 2024 |

Pursuant to the Court's January 27, 2025 Order (ECF No. 17), Plaintiff Jennifer Carruth and Defendant KD Creatives, Inc. d/b/a Big Little Feelings jointly submit this status report to supplement their jointly filed Rule 26 report.

1. The parties have no updates at this time.

Dated: April 28, 2025                    Respectfully submitted,


*/s/ Frank S. Hedin*

**HEDIN LLP**
FRANK S. HEDIN
535 Mission Street, 14th Floor
San Francisco, CA 94105
TELEPHONE: (305) 357-2107
FACSIMILE:  (305) 200-8801
FHEDIN@HEDINLLP.COM

*Counsel for Plaintiff and Putative Class*

Dated: April 28, 2025                    Respectfully submitted,


*/s/ Noel S. Cohen*

**POLSINELLI LLP**
NOEL S. COHEN (SBN 291645)
STARR DRUM (SBN 336691)
2049 CENTURY PARK EAST, SUITE 2900
Los Angeles, CA 90067
TELEPHONE: (310) 556-1801
FACSIMILE:  (310) 556-1802
NCOHEN@POLSINELLI.COM
SDRUM@POLSINELLI.COM

*Counsel for Defendant KD Creatives, Inc. d/b/a Big Little Feelings*