POLSINELLI LLP
Noel Cohen (SBN 219645)
ncohen@polsinelli.com
Starr Drum (SBN 336691)
sdrum@polsinelli.com
J. Alan Warfield (SBN 186559)
jalanwarfield@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   (310) 556-1801
Facsimile:    (310) 556-1802

*Attorneys for Defendant KD Creatives, Inc. d/b/a Big Little Feelings*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRUTH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KD CREATIVES, INC. D/B/A BIG LITTLE FEELINGS, <br><br> Defendant. | Case No. 2:24-cv-02484 <br><br> **DEFENDANT'S NOTICE OF APPEAL** <br><br> Judge:    Judge Dale A. Drozd |

## NOTICE OF APPEAL

Notice is hereby given that Defendant KD Creatives, Inc. d/b/a Big Little Feelings ("Defendant") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Denying Defendant's Motion to Compel Arbitration, entered and filed in this action on September 11, 2025 (ECF No. 23), and attached hereto as **Exhibit A** (the "Order").

Defendant attaches hereto as **Exhibit B**, a "Representation Statement" derived from Form 6, available on the Ninth Circuit's website (www.ca9.uscourts.gov). *See* Federal Rules of Appellate Procedure 12(b); Ninth Circuit Rules 3-2(b) & 12-2.

Dated: September 25, 2025 **POLSINELLI LLP**

By: */s/ Starr Drum*
Noel Cohen
Starr Drum
J. Alan Warfield

*Attorneys for Defendant KD Creatives, Inc. d/b/a Big Little Feelings*

Polsinelli LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
(310) 556-1801

# PROOF OF SERVICE

I, Jill Serena, declare as follows:

I am a citizen of the United States and resident of the State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2049 Century Park East, Suite 2900, Los Angeles, CA 90067. I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

On **September 25, 2025,** I served the foregoing document(s) described as:

**DEFENDANT'S NOTICE OF APPEAL**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Frank S. Hedin<br>Hedin LLP<br>535 Mission Street, 14th Floor<br>San Francisco, CA 94105<br>Telephone: (305) 357-2107<br>Facsimile: (305) 200-8801<br>E-Mail: fhedin@hedinllp.com | **Attorney for Plaintiff and the Proposed Class** |

☒ **BY ELECTRONIC SERVICE:** By electronically mailing true and correct copies through CM/ECF system electronic mail from jserena@polsinelli.com to all of the email addresses set forth in the CM/ECF Electronic Mail List.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☒ Executed on **September 25, 2025,** at Los Angeles, California.

*/s/ Jill A. Serena*
Jill A. Serena