# EXHIBIT B

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

KD Creatives, Inc. d/b/a Big Little Feelings

Name(s) of counsel (if any):

Noel Cohen, Starr Drum, J. Alan Warfield

Address: 2049 Century Park East, Suite 2900, Los Angeles, CA 90067

Telephone number(s): 310-556-1801

Email(s): ncohen@polsinelli.com, sdrum@polsinelli.com, jalanwarfield@polsine

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Jennifer Carruth, individually and on behalf of all others similarly situated

Name(s) of counsel (if any):

Frank S. Hedin

Address: 535 Mission Street, 14th Floor, San Francisco, CA 94105

Telephone number(s): 305-357-2107

Email(s): fhedin@hedinllp.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                2                                *New 12/01/2018*