UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

**JENNIFER CARRUTH,**
    Plaintiff

  v.                                            **CASE NO. 2:24–CV–02484–DAD–SCR**

**KD CREATIVES, INC.,**
    Defendant

    You are hereby notified that a Notice of Appeal was filed on **September 25, 2025** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).

September 26, 2025

                            **KEITH HOLLAND**
                            **CLERK OF COURT**

                      **by:** /s/ A. Benson
                          Deputy Clerk