UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO:         CLERK, U.S. COURT OF APPEALS

FROM:    CLERK, U.S. DISTRICT COURT

SUBJECT:   NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:24−CV−02484−DAD−SCR** |
| USDC Judge: | **DISTRICT JUDGE DALE A. DROZD** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **JENNIFER CARRUTH vs. KD CREATIVES, INC.** |
| Type: | **CIVIL** |
| Complaint Filed: | **9/12/2025** |
| Appealed Order/Judgment Filed: | **9/11/2025** |
| Court Reporter Information: | **n/a** |

FEE INFORMATION

**Fee Status: Paid on 9/25/2025 in the amount of $605.00**

Information prepared by: /s/ **A. Benson , Deputy Clerk**