POLSINELLI LLP
Noel Cohen (SBN 219645)
ncohen@polsinelli.com
Starr Drum (SBN 336691)
sdrum@polsinelli.com
J. Alan Warfield (SBN 186559)
jalanwarfield@polsinelli.com
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone:   (310) 556-1801
Facsimile:    (310) 556-1802

*Attorneys for Defendant KD Creatives, Inc. d/b/a Big Little Feelings*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER CARRUTH, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> KD CREATIVES, INC. D/B/A BIG LITTLE FEELINGS, <br><br> Defendant. | Case No. 2:24-cv-02484 <br><br> **NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)** <br><br> Judge:    Judge Dale A. Drozd |

Notice is hereby given that no transcripts will be ordered in connection with this appeal (as there are no transcripts). *See* Ninth Circuit rule 10-3.1(c).

Dated: September 30, 2025                                **POLSINELLI LLP**

                                                By:  */s/ Noel Cohen*
                                                     Noel Cohen
                                                     Starr Drum
                                                     J. Alan Warfield

                                                     *Attorneys for Defendant
                                                     KD Creatives, Inc. d/b/a Big Little Feelings*

1
NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(C)
CASE NO. 2:24-CV-02484

# **PROOF OF SERVICE**

I am a citizen of the United States and resident of the State of California. I am over the age of eighteen years and not a party to the within action. My business address is 2049 Century Park East, Suite 2900, Los Angeles, CA 90067. I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

On **September 30, 2025,** I served the foregoing document(s) described as:

**NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c)**

on the interested parties in this action addressed as follows:

| | |
|---|---|
| Frank S. Hedin<br>**HEDIN LLP**<br>535 Mission Street, 14th Floor<br>San Francisco, CA 94105<br>Tel:     (305) 357-2107<br>Fax:    (305) 200-8801<br>E-Mail: fhedin@hedinllp.com | *Attorney for Plaintiff and the Proposed Class* |

☒ **BY ELECTRONIC SERVICE:** By electronically mailing true and correct copies through CM/ECF system electronic mail from zyoung@polsinelli.com to all of the email addresses set forth in the CM/ECF Electronic Mail List.

☒ **FEDERAL**: I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

☒ Executed on **September 30, 2025**, at Los Angeles, California.

_____
Zelda Young

PROOF OF SERVICE