|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | NOV 26 2025 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JENNIFER CARRUTH, individually and on behalf of all others similarly situated,, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> KD CREATIVES, INC., Doing business as Big Little Feelings, <br><br> Defendant - Appellant. | No. 25-6110 <br><br> D.C. No. 2:24-cv-02484-DAD-SCR <br> Eastern District of California, Sacramento <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 7), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Steven Saltiel
Circuit Mediator